## STATE OF CONNECTICUT *v.* DAVID M. KENNETT
### (9487)

DALY, LANDAU and HEIMAN, Js.

Argued May 28—decision released June 25, 1991

*Peter Scillieri,* assistant public defender, for the appellant (defendant).

*Lawrence J. Tytla,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.